# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LASHONDA LEE<br>SSAN: XXX-XX-6172<br><br><br><br>Debtor(s) | Case No. 16-31634-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 23, 2016.

2. The debtor(s) §341 Meeting of Creditors was held August 11, 2016.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): State of Alabama Court Claim #11, Trustee Claim #19.

(**X**) The debtor(s) was/were to amend Schedule I to list their current employer and income.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

> Creditor: STATE OF ALABAMA
> Trustee's Claim Number: 21
> Account Number: 6172 2014 TAXES / NO PROV
> Claim Amount: $864.74
> Court Claim Number: 10
> Claim Filed As: PRIORITY/SPLIT

(**X**) Schedules A/B and C have not been amended to reflect the tax assessor's language or the debtor's retirement and clothing..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 02, 2016.

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

Sabrina L. McKinney  
Acting Chapter 13 Trustee

By:/s/ *Tina J. Hayes*  
Tina J. Hayes

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  September 02, 2016.

Copy to: DEBTOR(S)  
      RICHARD D SHINBAUM

/s/ *Tina J. Hayes*  
Tina J. Hayes